**Motion GRANTED in part and Order filed July 1, 2022.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-22-00274-CV

————————

### IN RE DONOVAN MITTLESTED, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 3**
**Brazoria County, Texas**
**Trial Court Cause No. PR39333**

---

## ORDER

On April 18, 2022, relator Donovan Mittlested filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jeremy E. Warren, presiding judge of County Court at Law No. 3 in Brazoria County, Texas, to set aside his March 17, 2022 order of contempt, entered in trial court number PR39333, styled *In the Estate of Jack McClure, Deceased*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On May 24, 2022, relator asked this court to stay

proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** the March 17, 2022 order of contempt in trial court cause number PR39333, *In the Estate of Jack McClure, Deceased,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court. All other relief requested in the motion is denied.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.